UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


FEDERICO GOMEZ LUCAS,

        Plaintiff,

v.

JBS PLAINWELL, INC., et al.,

        Defendants.

_____/

Case No. 1:11-cv-302

HONORABLE PAUL L. MALONEY


## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendants JBS Plainwell, Inc., Smithfield Beef Group-Plainwell, Inc., and Packerland-Plainwell, Inc. have not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendants JBS Plainwell, Inc., Smithfield Beef Group-Plainwell, Inc., and Packerland-Plainwell, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.


Date: May 16, 2011

    /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge