# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Federico Gomez Lucas, ) | |
| Plaintiff, ) | Hon. Paul L. Maloney |
| vs. ) | |
| JBS Plainwell, Inc., et al., ) | |
| Defendant. ) | |

STATE OF MICHIGAN )
) ss.
COUNTY OF KENT )

NOW COMES Carlos Garcia and hereby deposes and states that he has personal knowledge of the facts contained herein, is competent to testify to the following:

1. I have worked, and continue to work, at JBS Plainwell/Packerland since October 2006.

    a. I have worked in different areas within the plant doing the following since 2006:

        i. Cutting meat from a hanging side of beef;

        ii. Hanging the meat from a conveyor belt;

        iii. Picking up meat from the floor;

        iv. Cutting gutting fat from a side of beef;

2. I work first shift, beginning at 6:30AM and I finish working later in the afternoon, usually about 3:45PM.

3. I work with approximately 25 other workers on my line during my shift.

4. In the same area where I work there are about 250 other workers that have different job duties including cutting the fat from the meat and chuck boning.

5. I have been and am now required to wear certain equipment and protective clothing and gear to perform my job duties.

6. During the workday, my 200 plus co-workers and I are given thirty minutes for lunch. During these thirty minutes, we must undress, wash our hands, walk to the cafeteria, eat our lunch, return to pick up our clothing, equipment and gear and get dressed and be ready to work before the end of the thirty minute lunch break.

7. My co-workers and I are not given any extra time during before or after our thirty minute lunch break to take off and put on our required clothing, equipment and gear. In fact, I was recently once written up for not having arrived back to my work station ready to work within the thirty minutes we have for lunch.

8. The following supervisors - Jose Perez, Jose Quellar, Ronnie Garcia - have told me that I and my co-workers have to be dressed and ready to work on the line before the end of the thirty minute lunch.

9. I know that other workers from other departments are also unhappy in the way that their lunch break is handled. I know that they are unhappy because I have spoken to them about it. I know that other workers from other departments go through the similar processes in putting on and taking off their protective gear. I know that they go through this process because I have seen them and I have spoken to them.

10. In fact, when I go to lunch, my 200 plus co-workers follow me as they are released to go lunch as the empty conveyor belt passes by their work station. When we return from lunch, each of us have to be dressed and ready for work as the conveyor belt, that now has meat on it, passes by our station.

11. I was working at Packerland during the time that they were sued in 2006 and I received a small payment from that lawsuit though I never knew what the payment was for and I do not remember having had to sign any documents to receive it.

12. For about two or three months after the lawsuit ended, things at the plant were much calmer and the supervisors were not as strict about the half hour lunch even giving us a few minutes extra to get dressed and be ready on the line to work.

13. After that time, things returned to normal and we were once again required to undress, go to lunch and then return get dressed and be ready on the line to work during those thirty minutes of lunch.

Dated: 6-7 16/ 11

CARLOS GARIA
Carlos Garcia

Subscribed and sworn to before me on this  16  day of June, 2011

Robert Anthony Alvarez

Robert Anthony Alvarez, Notary Public

Ottawa County, Michigan  acting in Kent

Acting in the County of  Kent

My commission expires:  10/7/2013

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Federico Gomez Lucas, | ) |
|     Plaintiff, | ) Hon. Paul L. Maloney |
| vs. | ) |
| JBS Plainwell, Inc., et al., | ) |
|     Defendant. | ) |

STATE OF MICHIGAN )
                      ) ss.
COUNTY OF KENT   )

      NOW COMES Federico Gomez Lucas and hereby deposes and states that he has personal knowledge of the facts contained herein, is competent to testify to the following:

1. I have worked, and continue to work, at JBS Plainwell/Packerland since 2001.

    a. I have worked in the following departments since 2006:

        i. Chuck boner.

2. I work first shift, beginning at 6:30AM and I finish working later in the afternoon, usually between 3:30 PM ad 3:45PM.

3. I work with approximately 18-26 other workers in my department.

4. I am required to wear certain equipment and protective clothing and gear to perform my job duties.

5. The supervisors on my shift, including my current supervisor named Jose, have required me and others working in my department to be dressed and ready to work at the start of the shift and before the end of each break during the day.

6. This means that, along with my co-workers, I have to arrive with enough time to put on our required clothing and gear before the start of our shift. I try to arrive at least ten to fifteen minutes before my shift in order to have to time to dress and be ready for work before the start of my shift.

7. I know that my co-workers arrive early for the same reasons because I see them arrive early and we have talked about the fact that we have to arrive early to get dressed before the start

of the shift.

8. I have noticed discrepancies in my paycheck and have complained to my supervisors but they have taken no action.

9. During the workday, my co-workers and I are given thirty minutes for lunch. During these thirty minutes, we must undress, wash our hands, go to the cafeteria to eat our lunch, go to pick up our clothing, equipment and gear and get dressed and be ready to work before the end of the thirty minute break.

10. My co-workers and I are not given any extra time during before or after our thirty minute lunch break to take off and put on our required clothing, equipment and gear. This same process ensued during my paid 15 minute break.

11. I know that other workers from other departments are also unhappy in the way that their lunch break is handled. I know that they are unhappy because I have spoken to them about it. I know that other workers from other departments go through the similar processes in putting on and taking off their protective gear. I know that they go through this process because I have seen them and I have spoken to them.

12. I was in Guatemala for 10 months beginning in August, 2007 during the time a lawsuit was filed against the company for not paying us as required.

13. When I returned from Guatemala I enquired about receiving payment, but I was told that the time had passed to collect any money. I sent a letter asking for the money, but nothing came of it.

14. Before leaving for Guatemala, we were asked to wash our protective gear before going to lunch. Since coming back from Guatemala, we were no longer asked to wash our gear as other workers do it for us. However, I have noticed no other change in our policy or lunch break since coming back from Guatemala. And, even with that change, my co-workers and I still do not get a full 30 minute break for lunch or our full fifteen minute break.

15. Since I was out of the country, I was largely unaware of any pending law suit against my employer. If I had been given a chance to participate, I would not have agreed that I was

being paid in the correct manner as I was not given a full thirty minute meal period. I feel that to this day, my employer is still not providing me with a full meal period, much like before I left for Guatemala. I still need to use part of my lunch period and break period to put on and take off my protective equipment.

Dated: 6.14.11

_____
Federico Gomez Lucas

Subscribed and sworn to before me on this 14th day of June, 2011

_____
Steven Gendrikos, Notary Public
Kent County, Michigan
Acting in the County of Kent
My commission expires: 10/2/2016

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Federico Gomez Lucas, )
 )
    Plaintiff, )
vs. ) Hon. Paul L. Maloney
 )
JBS Plainwell, Inc., et al., )
 )
    Defendant. )

STATE OF MICHIGAN )
               ) ss.
COUNTY OF KENT )

    NOW COMES Leopoldo Tenorio and hereby deposes and states that he has personal knowledge of the facts contained herein, is competent to testify to the following:

1. I have worked, and continue to work, at JBS Plainwell/Packerland since Sept. 1, 2009 until about November 14, 2009.

    a. I have worked in different areas within the plant doing the following:

        i. Killing Floor/Cleaning the meat

2. I worked first shift, beginning at 7AM and I finish working later in the afternoon, usually about 5:30PM.

3. I worked with approximately 1 other workers on my immediate area in the line during my shift.

4. In the same area where I work there were several hundred other workers that have different job duties including cutting the fat from the meat and chuck boning.

5. I have been and am now required to wear certain equipment and protective clothing and gear to perform my job duties.

6. During the workday, my co-workers and I were given thirty minutes for lunch. During these thirty minutes, we must undress, wash our hands, walk to the cafeteria, eat our lunch, return to pick up our clothing, equipment and gear and get dressed and be ready to work before the end of the thirty minute lunch break.

7. My co-workers and I were not given any extra time during before or after our thirty minute lunch break to take off and put on our required clothing, equipment and gear.

8. The following supervisor -Jesus Perez- have told me that I and my co-workers have to be dressed and ready to work on the line before the end of the thirty minute lunch.

9. I know that other workers from other departments were also unhappy in the way that their lunch break is handled. I know that they were unhappy because I have spoken to them about it. I know that other workers from other departments go through the similar processes in putting on and taking off their protective gear. I know that they go through this process because I have seen them and I have spoken to them.

10. In fact, when I went to lunch, my co-workers followed me as they were released to go lunch as the empty conveyor belt passes by their work station. When we returned from lunch, each of us have to be dressed and ready for work as the conveyor belt, that now had meat on it, passed by our station.

Dated: 07-27-11

Leopoldo Tenorio

Subscribed and sworn to before me on this 27 day of July, 2011

Sarah E. McElwaney, Notary Public
Kent County, Michigan
Acting in the County of Kent
My commission expires: 3-14-2017

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Federico Gomez Lucas,

   Plaintiff,

v.

JBS Plainwell, Inc., et al.,

   Defendant.

Hon. Paul L. Maloney

STATE OF MICHIGAN )
        ) ss.
COUNTY OF KENT  )

  NOW COMES Marcos Garcia and hereby deposes and states that he has personal knowledge of the facts contained herein, is competent to testify to the following:

1. I have worked, and continue to work, at JBS Plainwell/Packerland since December 2, 2002.

  a. I have worked in different areas within the plant doing the following since 2002:

    i. Using the 1st air gun to kill cows;

    ii. 2nd Air gun to kill cows

    iii. Using the vacuum;

    iv. Cutting gutting intestines from beef;

2. I work first shift, beginning at 7:30AM and I finish working later in the afternoon, usually about 4:00PM.

3. I work with approximately 5 other workers in my immediate area during my shift.

4. In the same area where I work there are several other workers that have different job duties including cutting the fat from the meat and chuck boning.

5. I have was required to wear certain equipment and protective clothing and gear to perform my job duties.

6. During the workday, co-workers and I are given thirty minutes for lunch. During these thirty minutes, we must undress, wash our hands, walk to the cafeteria, eat our lunch, return to pick up our clothing, equipment and gear and get dressed and be ready to work before the end of the thirty minute lunch break.

7. My co-workers and I are not given any extra time during before or after our thirty minute lunch break to take off and put on our required clothing, equipment and gear.

8. The following supervisors - Sabino Nuñez - have told me that I and my co-workers have to be dressed and ready to work on the line before the end of the thirty minute lunch.

9. I know that other workers from other departments are also unhappy in the way that their lunch break is handled. I know that they are unhappy because I have spoken to them about it. I know that other workers from other departments go through the similar processes in putting on and taking off their protective gear. I know that they go through this process because I have seen them and I have spoken to them.

10. In fact, when I go to lunch, my co-workers follow me as they are released to go lunch as the empty conveyor belt passes by their work station. When we return from lunch, each of us have to be dressed and ready for work as the conveyor belt, that now has meat on it, passes by our station.

11. I was working at Packerland during the time that they were sued in 2006 and I received a small payment from that lawsuit though I never knew what the payment was for and I do not remember having had to sign any documents to receive it.

12. I saw very little, if any difference in how things worked after the 2006 suit and things continue still the same.

Dated: 8-3-11

_Marcos Garcia_
Marcos Garcia

Subscribed and sworn to before me on this 3rd day of August, 2011

_Wendy Drouillard_
Wendy Drouillard, Notary Public
Kent County, Michigan
Acting in the County of Kent
My commission expires: 7/14/2014

WENDY DROUILLARD
Notary Public, State of Michigan
County of Kent
My Commission Expires Jul. 14, 2014
Acting in the County of Kent