UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BASHIR TOLIVER,<br>         Plaintiff,<br><br>-v-<br><br>JBS PLAINWELL, INC.,<br>SMITHFIELD BEEF GROUP-PLAINWELL, INC.,<br>and PACKERLAND-PLAINWELL, INC.,<br>         Defendants. | No. 1:11-cv-302<br><br>HONORABLE PAUL L. MALONEY |

## PARTIAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Defendants' offers of judgment, and the acceptance of Plaintiffs Daniel Perez Lazo, Anna Maria Lopez Guzman, Jean Mbonicimpaye, John Novitsky, Tad Lee Bronkema, Jonathan Childress, and Elia Ntacobakimvuna (ECF No. 158), **JUDGMENT** is hereby entered in favor of these Plaintiffs and against Defendants in the following amounts, exclusive of attorney's fees:

| | |
|---|---|
| Daniel Perez Lazo | **$110.00** |
| Anna Maria Lopez Guzman | **$215.00** |
| Jean Mbonicimpaye | **$117.50** |
| John Novitsky | **$147.50** |
| Tad Lee Bronkema | **$147.50** |
| Jonathan Childress | **$147.50** |
| Elia Ntacobakimvuna | **$147.50** |

**IT IS SO ORDERED.**

Date:   May 1, 2013                                    /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        Chief United States District Judge